THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. DARNELL JOHNSON, Defendant-Appellant.

(No. 60597;

First District (1st Division)—July 7, 1975.

PER CURIAM.

Paul Bradley and Victoria J. Meyers, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Assistant State's Attorney, of counsel), for the People.